# LAW OFFICES OF
# STERN & STERN, P.C.
### 3002 MERRICK ROAD
### BELLMORE, NEW YORK 11710

PHONE (516) 771-0710
this office does not accept service by fax
FACSIMILE (516) 771-0723

KENNETH D. STERN*
ELAINE S. TAMSEN

OF COUNSEL
ERIC J. STERN
PETER TAMSEN
*members of the New York and New Jersey Bar

AFFILIATE NEW JERSEY OFFICE
STERN & STERN, P.C.
223 Bloomfield Street (Suite 109)
Hoboken, New Jersey 07030
(201) 792-6460

November 12, 2010

Untied States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722-9013
Attention: Clerk of the Court

RE: Kelly Luhrs
CASE NUMBER: 10-72494
ACCOUNT #:21081
S&S FILE #:PT340776

Dear Clerk of the Court:

This office was notified today by the Law Office of Marc Pergament that there was a duplicate filing of the proof of claim on behalf of our client Property Tax Reduction Consultants. It appears that this office received two separate notifications, one in the name of Property Tax and the other under the name of Stern & Stern, P.C.. A proof of claim was submitted based upon each notification.

Please withdraw the proof of claim filed under the name of Stern & Stern, P.C. as this firm was acting as attorney for Property Tax Reduction Consultants and the secondary filing was submitted in error.

I thank you in advance for your assistance and cooperation.

Very truly yours,

Kenneth D. Stern, Esq.

cc: Marc Pergament, Esq